AO 91 (Rev. 11/11) Criminal Complaint        Felony

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED
MAR 21 2019
David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. B-19-MJ-385 |
| Sophia Gabrielle NOLASCO | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of March 20, 2019 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a)(1) | Knowingly and intentionally possess with intent to distribute approximately 17.24 kilograms of cocaine, a Schedule II controlled substance and did conspire with persons known and unknown to knowingly and intentionally possess with intent to distribute approximately 17.24 kilograms of cocaine, a Schedule II controlled substance. |
| Title 21, United States Code, Section 846 | |

This criminal complaint is based on these facts:

On March 20th, 2019, Sophia NOLASCO entered the United States from Mexico via the vehicle lane at the Gateway International Bridge in Brownsville, Texas. NOLASCO was sole occupant of a 2012 Mazda 3 sedan. The vehicle NOLASCO was driving was referred to secondary inspection for examination. Further inspection of the vehicle revealed sixteen bundles concealed within a void area in the dashboard area. The sixteen bundles contained a white, powdery substance which field tested positive for the characteristics of cocaine with a total weight of approximately 17.24 kilograms. During an interview, NOLASCO admitted that she knew she was in possession of narcotics and was to recieve $800 USD to deliver them to unknown individuals in the United States.

☐ Continued on the attached sheet.

*Complainant's Signature*

Patrick Oliphant    Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

March 21, 2019
*Date*

*Judge's signature*

Brownsville, Texas
*City and State*

Ronald G. Morgan, U.S. Magistrate Judge
*Printed name and title*